of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of ALAN M. GRANT, JR., Appellant, for the Determination of the Court as to the Designation of JOHN H. MURNIN and LURA HUNGERFORD for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of WALTER F. HAWKES, Appellant, for the Determination of the Court as to the Designation of CHARLES BRENNING and MARY RYDER for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held ·on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of CHARLES F. LENT, Appellant, for the Determination of the Court as to the Designation of JOSEPH CURRAN and MIRIAM FAULKNER for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of RAYMOND T. MONIZ, Appellant, for the Determination of the Court as to the Designation of FRANK DAHLKE and ETHEL V. MARTIN for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: